No. 316. UNIFORMED SANITATION MEN ASSN., INC., ET AL. *v.* COMMISSIONER OF SANITATION OF THE CITY OF NEW YORK ET AL. C. A. 2d Cir. Motion to advance cause for immediate consideration denied.

No. 6060. FUENTES ET AL. *v.* SHEVIN, ATTORNEY GENERAL OF FLORIDA, ET AL. Appeal from D. C. S. D. Fla. [Probable jurisdiction noted, 401 U. S. 906.] Motion to dispense with printing *amicus curiae* brief of National Legal Aid & Defender Assn. granted.

No. 774. COLE, STATE HOSPITAL SUPERINTENDENT, ET AL. *v.* RICHARDSON. Appeal from D. C. Mass. Probable jurisdiction noted. MR. JUSTICE MARSHALL took no part in the consideration or decision of this case.

No. 952. PERRY ET AL. *v.* SINDERMANN. C. A. 5th Cir. Motion of National Education Assn. for leave to file a brief as *amicus curiae* and certiorari granted.

No. 5983. PAPACHRISTOU ET AL. *v.* CITY OF JACKSONVILLE. Dist. Ct. App. Fla., 1st Dist. Motion for leave to proceed *in forma pauperis* and certiorari granted.

No. 6294. SMITH ET AL. *v.* FLORIDA. Sup. Ct. Fla. Motion for leave to proceed *in forma pauperis* and certiorari granted.

No. 1030. DEL NOBILE *v.* NEW JERSEY. Super. Ct. N. J. Certiorari denied.